UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE AT KNOXVILLE
CRIMINAL MINUTES: PLEA
January 28, 2013

United States of America vs. Tyrone Cortez Cobb
Case No. 3:12-cr-00053-1

CHANGE OF PLEA HEARING:  *__The parties are reminded to comply with the deadlines set forth in LR 83.9__*

Present Before the Honorable Thomas A. Varlan, Chief United States District Judge

| Julie Norwood | Netta Kocuba | Scott Queener |
|---|---|---|
| Courtroom Deputy | Court Reporter | Probation |

| Cynthia Davidson | Wesley Stone |
|---|---|
| Assistant U.S. Attorney | Attorney for the Defendant |

PROCEEDINGS:
- Defendant Sworn
- Court questions Defendant regarding physical and mental condition, and advises Defendant of the nature and possible consequences of said plea
- Defendant waives reading of Indictment
- Defendant PLEADS guilty to count 1
- The defendant has not filed any objections to the Report and Recommendation (doc 61) and pursuant to the entry of the guilty plea, the R&R will be adopted as to this defendant and the motion to suppress filed by Tyrone Cobb (doc. 36) is denied.
- DATES SET:  **Sentencing:  May 29, 2013 @ 11:00**
  Before the Honorable Thomas A. Varlan
- Referred for PSI
- Defendant to remain in custody of Marshal

2:00     to     2:25